Glenn R. Kantor (SBN 122643)
E-mail: gkantor@kantorlaw.net
Stacy Monahan Tucker (SBN 218942)
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Tel: 818.886.2525    Fax: 818.350.6272

Jonathan M. Feigenbaum (BBO 546686)
E-mail: jonathan@erisaattorneys.com
LAW OFFICES OF JONATHAN M. FEIGENBAUM
184 High Street, Suite 503
Boston, MA 02110
Tel: 617.357.9700    Fax: 617.227.2843

Attorneys for Plaintiff Dr. Daniel Lieberman

Daniel W. Maguire (SBN 120002)
E-mail: dmaguire@bwslaw.com
Melissa M. Cowan (SBN 175326)
E-mail: mcowan@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: 213.236.0600    Fax: 213.236.2700

Attorneys for Defendants Unum Group and Unum Life Insurance Company of America

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| DR. DANIEL LIEBERMAN,<br><br>Plaintiff,<br><br>v.<br><br>UNUM GROUP and UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>Defendants. | Case No. 5:20-cv-01798-JGB-SP<br><br>**JOINT NOTICE OF SETTLEMENT AND STIPULATION TO VACATE ALL PENDING DATES**<br><br>**Trial Date: May 3, 2022**<br><br>**Hon. Jesus G. Bernal** |

TO THE ABOVE-ENTITLED COURT:

///

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4881-6920-7812 v1    - 1 -    CASE NO. 5:20-cv-01798-JGB-SP
JOINT NOTICE OF SETTLEMENT/STIPULATION TO VACATE ALL PENDING DATES

PLEASE TAKE NOTICE that the parties to the above-entitled action have reached a settlement which disposes of this matter in its entirety. The parties are in the process of finalizing the settlement documents, and anticipate that they will be in a position to file a stipulation for dismissal of all claims against all parties, with prejudice, within the next 30 days.

The parties stipulate that the following pending hearing dates be taken off calendar:

December 13, 2021:  Defendants' Motion for Review and Objections to Magistrate's Discovery Order

December 13, 2021:  Maine Superintendent of Insurance's Motion for Leave to File Amicus Curiae Brief (pertaining to Defendants' Motion for Review)

December 14, 2021:  Plaintiff's Motion to Compel Privileged Material

December 16, 2021:  Further Settlement Conference with Magistrate Pym

April 18, 2022:  Final Pretrial Conference

May 3, 2022:  Trial

Respectfully submitted,

DATED:  November 29, 2021

KANTOR & KANTOR, LLP
LAW OFFICES OF JONATHAN M. FEIGENBAUM

By:  *s/ Glenn R. Kantor*
GLENN R. KANTOR
STACY MONAHAN TUCKER
JONATHAN M. FEIGENBAUM
Attorneys for Plaintiff Dr. Daniel Lieberman

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4881-6920-7812 v1

- 2 -

CASE NO. 5:20-cv-01798-JGB-SP
JOINT NOTICE OF SETTLEMENT/STIPULATION TO VACATE ALL PENDING DATES

DATED: November 29, 2021         BURKE, WILLIAMS & SORENSEN, LLP

By: *s/ Daniel W. Maguire*
DANIEL W. MAGUIRE
MELISSA M. COWAN
Attorneys for Defendants Unum Group and Unum Life Insurance Company of America

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby certify that the content of this document is acceptable to Glenn R. Kantor, counsel for Plaintiff Dr. Daniel Lieberman, and that I have obtained Mr. Kantor's authorization to affix his electronic signature to this document.

By: *s/ Daniel W. Maguire*
DANIEL W. MAGUIRE
MELISSA M. COWAN
Attorneys for Defendants Unum Group and Unum Life Insurance Company of America

Burke, Williams & Sorensen, LLP
Attorneys At Law
Los Angeles

LA #4881-6920-7812 v1

- 3 -

CASE NO. 5:20-cv-01798-JGB-SP
JOINT NOTICE OF SETTLEMENT/STIPULATION TO VACATE ALL PENDING DATES