# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| DR. DANIEL LIEBERMAN,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>UNUM GROUP and UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>　　　　　Defendants. | Case No. 5:20-cv-01798-JGB-SP<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that this matter shall be dismissed in its entirety, with prejudice. Each party is to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: December 16, 2021

_____
HON. JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE